IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL A. EVANS,
    Petitioner,

vs.                                Case No.:  3:06cv379/LAC/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 26, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of objections filed.

    Having considered the report and recommendation, and the objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Petitioner's Motions for Injunctive and Declaratory Relief Enjoining State Court Criminal Proceedings (Docs. 2, 6) are **DENIED**.

    **DONE AND ORDERED** this 27th day of October, 2006.

                              _s/L.A. Collier_
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**