IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL A. EVANS,
      Petitioner,

vs.                                    Case No.: 3:06cv379/LAC/EMT

WALTER A. McNEIL,
      Respondent.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 12, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed

      Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  The amended petition for writ of habeas corpus (Doc. 14) is **DENIED**.

      **DONE AND ORDERED** this 25th day of June, 2008.


s/*L. A. Collier*_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**